# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2013

Robert P. Young, Jr.,
Chief Justice

147860(74)(75)(76)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SERVICE SOURCE, INC., and
SERVICE SOURCE FRANCHISE, LLC,
      Plaintiffs-Appellees,

v

DHL EXPRESS (USA), INC.,
      Defendant-Appellant.

_____/

SC: 147860
COA: 301013
Lenawee CC: 09-003258-CK

      On order of the Chief Justice, the motions for temporary admission under MCR 8.126(A) are GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of defendant-appellant in this case: Christopher S. Ruhland, Andrew S. Wong, and Amy L. Rudd.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 29, 2013            

                                                Clerk